UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dielli Husen,

    Plaintiff,

v.                                      Case No. 09-13023

Doctor's Associates, Inc.,           Honorable Sean F. Cox

    Defendant.

_____/

## **ORDER**

On July 30, 2009, Plaintiff filed his "Petition to Confirm Arbitration Award," wherein he asks this Court to: 1) enter an order and judgment confirming a June 24, 2009 arbitration award; and 2) award him his costs and legal fees in this proceeding.

On August 31, 2009, Defendant filed its response to the petition. Defendant states that it "does not object to the confirmation of the June 24, 2009 arbitration award as a final judgment." (Docket Entry No. 4). However, Defendant does object to Plaintiff's request for an award of attorney fees and costs in connection with this proceeding.

To date, Plaintiff has not responded to Defendant's position as to an award of attorney fees and costs incurred in this proceeding.

**IT IS HEREBY ORDERED** that:

1)     If Plaintiff still intends to pursue an award of attorney fees and costs incurred in this action, no later than **September 21, 2009**, Plaintiff shall file a Reply Brief of no more than 5 pages addressing that issue, and shall include all documentation regarding costs and fees incurred in this matter;

2) If Plaintiff does not intend to pursue an award of attorney and costs incurred in this action, the parties shall submit a joint proposed order and judgment confirming the June 24, 2009 arbitration award no later than **September 21, 2009.**

**IT IS SO ORDERED.**

                                            S/Sean F. Cox  
                                            Sean F. Cox  
                                            United States District Judge

Dated: September 9, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 9, 2009, by electronic and/or ordinary mail.

                                            S/Jennifer Hernandez  
                                            Case Manager